# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
PERRY, JOHN J. § Case No. 09-03340
§
_____Debtor(s)_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH E. COHEN_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No.: | 09-03340   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PERRY, JOHN J. | Date Filed (f) or Converted (c): | 02/03/09 (f) |
| | | 341(a) Meeting Date: | 03/09/09 |
| For Period Ending: | 08/29/11 | Claims Bar Date: | 08/12/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash | 200.00 | 0.00 | | 0.00 | 0.00 |
| 2. security deposit | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. misc. furniture | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. baseball card collection | 300.00 | 0.00 | | 0.00 | 0.00 |
| 5. misc. clothing | 200.00 | 0.00 | | 0.00 | 0.00 |
| 6. 122 shares of Prudential Life Insurance Company | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 7. accounts receivable | 300.00 | 0.00 | | 0.00 | 0.00 |
| 8. 1998 Durango | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. misc. fixtures and equipment | 40,000.00 | 0.00 | | 10,000.00 | 0.00 |
| 10. inventory | 290,000.00 | 0.00 | | 34,992.35 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 13.18 | Unknown |

TOTALS (Excluding Unknown Values)    $339,500.00    $0.00    $45,005.53    $0.00

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE EMPLOYED AN AUCTIONEER WHO SOLD THE ASSETS OF THE DEBTOR. TRUSTEE TO EMPLOY AN ACCOUNTANT AND TO REVIEW CLAIMS.

Initial Projected Date of Final Report (TFR): 02/28/20    Current Projected Date of Final Report (TFR): 05/31/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-03340 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PERRY, JOHN J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0915  BofA - Money Market Account |
| Taxpayer ID No: | *******4686 | | | |
| For Period Ending: | 08/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/09 | 9, 10 | American Auction Associates, Inc. | Sale proceeds | 1129-000 | 44,992.35 | | 44,992.35 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 44,992.36 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.99 | | 44,993.35 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.14 | | 44,994.49 |
| * 06/10/09 | 000301 | Raybuc Investments/Horizon ManagementLLC | Rent | 2410-003 | | 17,910.91 | 27,083.58 |
| | | | Rent | | | | |
| * 06/10/09 | 000301 | Raybuc Investments/Horizon ManagementLLC | Rent | 2410-003 | | -17,910.91 | 44,994.49 |
| | | | Check didn't print correctly.  Check voided and shredded. | | | | |
| 06/10/09 | 000302 | Raybuc Investments/Horizon ManagementLLC | Rent | 2410-000 | | 17,910.91 | 27,083.58 |
| | | | Rent | | | | |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.88 | | 27,084.46 |
| 07/08/09 | 000303 | American Auction Associates Inc. | Auctioneer Expenses | 3620-000 | | 7,876.19 | 19,208.27 |
| | | | Auctioneer Expenses | | | | |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 19,208.84 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,209.33 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 19,209.80 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 19,210.28 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 19,210.76 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,211.25 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,211.74 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.44 | | 19,212.18 |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 22.84 | 19,189.34 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,189.83 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 19,190.30 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 19,190.78 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 19,191.26 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 19,191.74 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,192.23 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 19,192.70 |

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-03340 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | PERRY, JOHN J. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0915 BofA - Money Market Account |
| Taxpayer ID No: | *******4686 | | |
| For Period Ending: | 08/29/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,193.19 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 19,193.66 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,194.15 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,194.64 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,194.79 |
| 03/29/11 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 9.39 | 19,185.40 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,185.56 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,185.71 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,185.88 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,186.04 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,186.20 |

| Account *******0915 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 44,992.35 | 6 | Checks | 25,819.33 |
| | 29 | Interest Postings | 13.18 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 45,005.53 | | | |
| | | | | | Total | $ 25,819.33 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 45,005.53 | | | |

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

LFORM2T4

Ver: 16.02b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 09-03340 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PERRY, JOHN J. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0915 BofA - Money Market Account |
| Taxpayer ID No: | *******4686 | | |
| For Period Ending: | 08/29/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-03340 | | Page 1 | | Date: August 29, 2011 |
| Debtor Name: | PERRY, JOHN J. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Cohen & Krol | Administrative | | $2,724.75 | $0.00 | $2,724.75 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $9.39 | $9.39 | $0.00 |
| 000001 070 7100-00 | Rick A Perry<br>2411 Thornwood E<br>Lindenhurst, IL 60046 | Unsecured | | $16,000.00 | $0.00 | $16,000.00 |
| 000002 070 7100-00 | Ann M Perry<br>2411 Thornwood E<br>Lindenhurst, Il 60046 | Unsecured | | $10,000.00 | $0.00 | $10,000.00 |
| 000003 070 7100-00 | Robert E Perry<br>6315 Purdy Drive<br>Battle Creek, MI 49017 | Unsecured | | $25,000.00 | $0.00 | $25,000.00 |
| 000004 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $5,378.82 | $0.00 | $5,378.82 |
| 000005 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $16,479.82 | $0.00 | $16,479.82 |
| 000006 070 7100-00 | TY Inc<br>P O Box 5377<br>Oak Brook, IL 60522 | Unsecured | | $205.20 | $0.00 | $205.20 |
| 000007 070 7100-00 | Marathan Petroleum Company LLC<br>P O Box 81<br>Findlay, OH 45839 | Unsecured | | $267.47 | $0.00 | $267.47 |
| 000008 070 7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $3,629.39 | $0.00 | $3,629.39 |
| 000009 070 7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $5,930.53 | $0.00 | $5,930.53 |
| 000010 070 7100-00 | Blue Mountain Arts<br>POB 4549<br>Boulder, CO 80301 | Unsecured | | $2,224.79 | $0.00 | $2,224.79 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-03340 | | Page 2 | | Date: August 29, 2011 |
| Debtor Name: | PERRY, JOHN J. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | Credit First NA<br>P O Box 818011<br>Cleveland OH 44181 | Unsecured | | $2,358.35 | $0.00 | $2,358.35 |
| 000012 070 7100-00 | Teleflora LLC<br>3737 NW 34th Street<br>Okc, OK 73112 | Unsecured | | $2,895.69 | $0.00 | $2,895.69 |
| 000013 070 7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $3,329.11 | $0.00 | $3,329.11 |
| 000014 070 7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $5,001.22 | $0.00 | $5,001.22 |
| 000015 070 7100-00 | Relational, LLC<br>3701 No. Algonquin Rd., Ste600<br>Rolling Meadows, IL 60008 | Unsecured | | $15,081.55 | $0.00 | $15,081.55 |
| 000016 070 7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $4,534.33 | $0.00 | $4,534.33 |
| 000017 070 7100-00 | Raybec Linden LLC<br>Attn: Allen J. Guon<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60610 | Unsecured | | $111,986.55 | $0.00 | $111,986.55 |
| 000018 070 7100-00 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured | | $18,602.63 | $0.00 | $18,602.63 |
| 000019 070 7100-00 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured | | $19,439.39 | $0.00 | $19,439.39 |
| 000020 070 7100-00 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $1,899.96 | $0.00 | $1,899.96 |
| 000021 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $2,300.51 | $0.00 | $2,300.51 |
| 000022 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT | Unsecured | | $2,262.46 | $0.00 | $2,262.46 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-03340 | | Page 3 | | | Date: August 29, 2011 |
| Debtor Name: | PERRY, JOHN J. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | PO Box 248809 | | | | | |
| | Oklahoma City, OK 73124-8809 | | | | | |
| | Case Totals: | | | $277,541.91 | $9.39 | $277,532.52 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-03340
Case Name: PERRY, JOHN J.
Trustee Name: JOSEPH E. COHEN

    Balance on hand                                  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses        $_____

    Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Rick A Perry<br>2411 Thornwood E<br>Lindenhurst, IL 60046 | $ | $ | $ |
| 000002 | Ann M Perry<br>2411 Thornwood E<br>Lindenhurst, Il 60046 | $ | $ | $ |
| 000003 | Robert E Perry<br>6315 Purdy Drive<br>Battle Creek, MI 49017 | $ | $ | $ |
| 000004 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000005 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000006 | TY Inc<br>P O Box 5377<br>Oak Brook, IL 60522 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Marathan Petroleum Company LLC<br>P O Box 81<br>Findlay, OH 45839 | $ | $ | $ |
| 000008 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ | $ | $ |
| 000009 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ | $ | $ |
| 000010 | Blue Mountain Arts<br>POB 4549<br>Boulder, CO 80301 | $ | $ | $ |
| 000011 | Credit First NA<br>P O Box 818011<br>Cleveland OH 44181 | $ | $ | $ |
| 000012 | Teleflora LLC<br>3737 NW 34th Street<br>Okc, OK 73112 | $ | $ | $ |
| 000013 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |
| 000014 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Relational, LLC<br>3701 No. Algonquin Rd., Ste600<br>Rolling Meadows, IL 60008 | $ | $ | $ |
| 000016 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000017 | Raybec Linden LLC<br>Attn: Allen J. Guon<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60610 | $ | $ | $ |
| 000018 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ | $ | $ |
| 000019 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ | $ | $ |
| 000020 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ | $ | $ |
| 000021 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____


Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE