UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
PERRY, JOHN J.                      §     Case No. 09-03340
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 10/28/2011 in Courtroom B,
    Park City Branch Court
    301 Greenleaf Avenue
    Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                         Clerk, U. S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PERRY, JOHN J. § Case No. 09-03340
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 45,005.53 |
| and approved disbursements of | $ | 25,819.33 |
| leaving a balance on hand of[1] | $ | 19,186.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 5,250.55 | $ 0.00 | $ 5,250.55 |
| Trustee Expenses: JOSEPH E. COHEN | $ 118.77 | $ 0.00 | $ 118.77 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,724.75 | $ 0.00 | $ 2,724.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 9.39 | $ 9.39 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,094.07 |
| Remaining Balance | | $ | 11,092.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 274,807.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Rick A Perry<br>2411 Thornwood E<br>Lindenhurst, IL 60046 | $ 16,000.00 | $ 0.00 | $ 645.81 |
| 000002 | Ann M Perry<br>2411 Thornwood E<br>Lindenhurst, Il 60046 | $ 10,000.00 | $ 0.00 | $ 403.63 |
| 000003 | Robert E Perry<br>6315 Purdy Drive<br>Battle Creek, MI 49017 | $ 25,000.00 | $ 0.00 | $ 1,009.08 |
| 000004 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 5,378.82 | $ 0.00 | $ 217.11 |
| 000005 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 16,479.82 | $ 0.00 | $ 665.18 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | TY Inc<br>P O Box 5377<br>Oak Brook, IL 60522 | $ 205.20 | $ 0.00 | $ 8.28 |
| 000007 | Marathan Petroleum Company LLC<br>P O Box 81<br>Findlay, OH 45839 | $ 267.47 | $ 0.00 | $ 10.80 |
| 000008 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ 3,629.39 | $ 0.00 | $ 146.49 |
| 000009 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ 5,930.53 | $ 0.00 | $ 239.38 |
| 000010 | Blue Mountain Arts<br>POB 4549<br>Boulder, CO 80301 | $ 2,224.79 | $ 0.00 | $ 89.80 |
| 000011 | Credit First NA<br>P O Box 818011<br>Cleveland OH 44181 | $ 2,358.35 | $ 0.00 | $ 95.19 |
| 000012 | Teleflora LLC<br>3737 NW 34th Street<br>Okc, OK 73112 | $ 2,895.69 | $ 0.00 | $ 116.88 |
| 000013 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 3,329.11 | $ 0.00 | $ 134.37 |
| 000014 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 5,001.22 | $ 0.00 | $ 201.87 |
| 000015 | Relational, LLC<br>3701 No. Algonquin Rd., Ste600<br>Rolling Meadows, IL 60008 | $ 15,081.55 | $ 0.00 | $ 608.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ 4,534.33 | $ 0.00 | $ 183.02 |
| 000017 | Raybec Linden LLC Attn: Allen J. Guon 321 N. Clark Street, Suite 800 Chicago, IL 60610 | $ 111,986.55 | $ 0.00 | $ 4,520.14 |
| 000018 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | $ 18,602.63 | $ 0.00 | $ 750.86 |
| 000019 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | $ 19,439.39 | $ 0.00 | $ 784.64 |
| 000020 | Recovery Management Systems Corporation For GE Money Bank dba WALMART 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $ 1,899.96 | $ 0.00 | $ 76.69 |
| 000021 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ 2,300.51 | $ 0.00 | $ 92.85 |
| 000022 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ 2,262.46 | $ 0.00 | $ 91.32 |

Total to be paid to timely general unsecured creditors       $       11,092.13

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph E. Cohen
Trustee

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 09-03340-ABG
John J. Perry                                                       Chapter 7
      Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1         User: nmolina              Page 1 of 2                  Date Rcvd: Sep 20, 2011
                             Form ID: pdf006            Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2011.
db           +John J. Perry,    2411 Thornwood East,    Lindenhurst, IL 60046-8961
aty          +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,     6833 Stalter Drive,
               Rockford, Il 61108-2582
aty          +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Yan Teytelman,    537 Vicksburg Drive, Apt. F,    Belleville, IL 62221-6603
tr           +Joseph E Cohen, Tr.,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
13486953     +AT&T Universal,    POB 44167,    Jacksonville, FL 32231-4167
14077147      American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
13486950     +American Express Optima,    POB 981535,    El Paso, TX 79998-1535
13813388     +Ann M Perry,    2411 Thornwood E,    Lindenhurst, Il 60046-8961
13486951     +Ann Perry,    2411 Thornwood East,    Lake Villa, IL 60046-8961
13486954     +Avaya,    14400 Hertz Spring Parkway,    Oklahoma City, OK 73134-2615
13486956     +Bank of America,    POB 15019,    Wilmington, DE 19886-5019
13486955      Bank of America,    POB 15026y,    Wilmington, DE 19850
13486957     +Blair Cedar,    680 W. Highway 54,    Camdenton, MO 65020-6950
13486958     +Blue Mountain Arts,    POB 4549,    Boulder, CO 80306-4549
14017132     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13486959     +Carlson Marketing Worldwide,    POB 91560,    Chicago, IL 60693-1560
13486960      Chase,    POB 15298,    Wilmington, DE 19850-5298
13997698     +Credit First NA,    P O Box 818011,    Cleveland OH 44181-8011
13486967     +Enesco LLC,    225 Windsor Drive,    Itasca, IL 60143-1225
13733195    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,      P O Box 537901,
               Livonia  MI  48153-9905)
13486968     +Fannie May,    5353 Lanby Road,    Canton, OH 44720-1572
13486969     +Firestone,    POB 81410,    Cleveland, OH 44181-0410
13486970     +Ganz USA LLC,    #043 60 Industrial Parkway,    Buffalo, NY 14227-2774
13486972      Hallmark,    POB 419535,    Kansas City, MO 64141-6535
13486973     +Kennicott Brothers,    3210 Grand Avenue,    Waukegan, IL 60085-2204
13486977      MCI,    POB 4644,    Iowa City, IA 52244
13486975     +Marathan Petroleum Company LLC,     P O Box 81,   Findlay, OH 45839-0081
13486976     +Marathon,    POB 15298,    Wilmington, DE 19850-5298
13486978     +Mike Simmer,    95 West Grand Avenue, Suite 210,    Lake Villa, IL 60046-8634
13486979     +North Shore Alarm,    28085 No. Ashley Circle,    Libertyville, IL 60048-9758
13486980     +North Shore Gas,    POB A3991,    Chicago, IL 60690-3991
14125286     +Raybec Linden LLC,    Attn: Allen J. Guon,    321 N. Clark Street, Suite 800,
               Chicago, IL 60654-4766
13486983      Raybuc Investments,    c/o Horizon Management, Space 19,     1130 Lake Curb Rd., Suite 280,
               Buffalo Grove, IL 60089
13486985     +Relational, LLC,    3701 No. Algonquin Rd., Ste600,    Rolling Meadows, IL 60008-3156
13486986     +Relational, LLC,    3701 No. Algonquin Road, Suite 600,    Rolling Meadows, IL 60008-3156
13813345     +Rick A Perry,    2411 Thornwood E,    Lindenhurst, IL 60046-8961
13486987     +Rick Perry,    2411 Thornwood East,    Lake Villa, IL 60046-8961
13486988     +Robert E Perry,    6315 Purdy Drive,    Battle Creek, MI 49017-3135
13486989     +Roger Reiling,    11611 Old Florida Lane,    Parrish, FL 34219-1218
13486990     +Roger T. Reiling,    11611 Old Florida Lane,    Parrish, FL 34219-1218
13486991      S.C. Sports,    2369 Jocelyn Court 1-80D,    Lake Orion, MI 48360
13486992     +Sears Master Card,    POB 6282,    Sioux Falls, SD 57117-6282
13486993     +Shaw Publications,    POB 250,    Crystal Lake, IL 60039-0250
13486994     +Swarovski Financial Services,     1 Kenny Drive,   Cranston, RI 02920-4403
13486996     +Target National Bank,    c/o Target Credit Services,    POB 59317,    Minneapolis, MN 55459-0317
13542069     +Teleflora LLC,    3737 NW 34th Street,    Okc, OK 73112-3353
13486998    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,     POB 790408,   Saint Louis, MO 63179)
14144713    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
13487000      Veolia Environment,    P O Box 6484,    Carol Stream, IL 60197-6484
13487002     +Yankee Candle,    POB 310804,    Hartford, CT 06150-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13486963     +E-mail/Text: legalcollections@comed.com Sep 21 2011 03:04:55      Commonweatlh Edison,    POB 87522,
               Chicago, IL 60680-0522
13486964     +E-mail/Text: CustomerNoticesEast@dexknows.com Sep 21 2011 02:46:53      DEX,
               5000 College Blvd., Suite 101,    Overland Park, KS 66211-1793
13941412      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2011 03:48:08      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
13486965      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2011 03:48:08      Discover,    POB 30943,
               Salt Lake City, UT 84130
14293011      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2011 03:47:11
               FIA CARD SERVICES, NA/BANK OF AMERICA,     BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
```

```
District/off: 0752-1           User: nmolina              Page 2 of 2                   Date Rcvd: Sep 20, 2011
                               Form ID: pdf006            Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13925165      +E-mail/Text: resurgentbknotifications@resurgent.com Sep 21 2011 03:00:39
               PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
13486981      +E-mail/Text: jaugello@paviliongift.com Sep 21 2011 03:05:02      Pavilion Gift,
               8210 Buffalo Road,   Bergen, NY 14416-9445
13486982      +E-mail/Text: sheila.wood@preciousmoments.com Sep 21 2011 02:47:07       Precious Moments,
               POB 843205,   Kansas City, MO 64184-3205
14290311      +E-mail/PDF: rmscedi@recoverycorp.com Sep 21 2011 02:57:50
               Recovery Management Systems Corporation,   For GE Money Bank,   dba WALMART,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13934858      +E-mail/Text: BKNOTICES@TYMAIL.COM Sep 21 2011 03:21:02      TY Inc,   P O Box 5377,
               Oak Brook, IL 60522-5377
13486997      +E-mail/Text: BKNOTICES@TYMAIL.COM Sep 21 2011 03:21:02      Ty Inc.,   POB 93953,
               Chicago, IL 60673-3953
13487001      +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2011 02:57:50      Walmart,   POB 981084,
               El Paso, TX 79998-1084
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13486962      Citibank,   POB 6000,   The Lakes, NE 59163
13486961*    +Chase,   POB 15298,   Wilmington, DE 19850-5298
13486966*   ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court: Discover,   POB 30943,   Salt Lake City, UT 84130)
13486984*     Raybuc Investments,   c/o Horizon Management Space 19,   1130 Lake Curb Road, Suite 280,
               Buffalo Grove, IL 60089
13486995*    +Swarovski Financial Services,   1 Kenny Drive,   Cranston, RI 02920-4403
13486999*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,   POB 790408,   Saint Louis, MO 63179)
13486952     ##+AT&T,   POB 8105,   Aurora, IL 60507-8105
13486971     ##Goebel NA,   Route 31 North,   POB 10,   Pennington, NJ 08534-0010
13486974     ##+Lutheran Digest,   POB 4250,   Hopkins, MN 55343-0495
                                                                                          TOTALS: 1, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2011**            **Signature:** *Joseph Speetjens*