UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PERRY, JOHN J. § Case No. 09-03340
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| RAYBUC INVESTMENTS/HORIZON MANAGEME | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| AMERICAN AUCTION ASSOCIATES INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T POB 8105 Aurora, IL 60507 | | | | | |
| | AT&T Universal POB 44167 Jacksonville, FL 32231 | | | | | |
| | American Express Optima POB 981535 El Paso, TX 79998 | | | | | |
| | Ann Perry 2411 Thornwood East Lake Villa, IL 60046 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Avaya 14400 Hertz Spring Parkway Oklahoma City, OK 73134 | | | | | |
| | Bank of America POB 15019 Wilmington, DE 19886 | | | | | |
| | Bank of America POB 15026y Wilmington, DE 19850 | | | | | |
| | Blair Cedar 680 W. Highway 54 Camdenton, MO 65020 | | | | | |
| | Blue Mountain Arts POB 4549 Boulder, CO 80301 | | | | | |
| | Carlson Marketing Worldwide POB 91560 Chicago, IL 60693 | | | | | |
| | Chase POB 15298 Wilmington, DE 19850 | | | | | |
| | Chase POB 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citibank POB 6000 The Lakes, NE 59163 | | | | | |
| | Commonweatlh Edison POB 87522 Chicago, IL 60080 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEX 5000 College Blvd., Suite 101 Overland Park, KS 66211-1629 | | | | | |
| | Discover POB 30943 Salt Lake City, UT 84130 | | | | | |
| | Discover POB 30943 Salt Lake City, UT 84130 | | | | | |
| | Enesco LLC 225 Windsor Drive Itasca, IL 60143 | | | | | |
| | Fannie May 5353 Lanby Road Canton, OH 44720 | | | | | |
| | Firestone POB 81410 Cleveland, OH 44181 | | | | | |
| | Ganz USA LLC #043 60 Industrial Parkway Buffalo, NY 14227-9900 | | | | | |
| | Goebel NA Route 31 North POB 10 Pennington, NJ 08534-0010 | | | | | |
| | Hallmark POB 419535 Kansas City, MO 64141-6535 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kennicott Brothers 3210 Grand Avenue Waukegan, IL 60085 | | | | | |
| | Lutheran Digest POB 4250 Hopkins, MN 55343 | | | | | |
| | MCI POB 4644 Iowa City, IA 52244 | | | | | |
| | Marathon 539 South Main Street Bradley, OH | | | | | |
| | Marathon POB 15298 Wilmington, DE 19850 | | | | | |
| | Mike Simmer 95 West Grand Avenue, Suite 210 Lake Villa, IL 60046 | | | | | |
| | North Shore Alarm 28085 No. Ashley Circle Libertyville, IL 60048 | | | | | |
| | North Shore Gas POB A3991 Chicago, IL 60690 | | | | | |
| | Pavilion Gift 8210 Buffalo Road Bergen, NY 14416 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Precious Moments POB 843205 Kansas City, MO 64184 | | | | | |
| | Raybuc Investments c/o Horizon Management, Space 19 1130 Lake Curb Rd., Suite 280 Buffalo Grove, IL 60089 | | | | | |
| | Relational, LLC 3701 No. Algonquin Rd., Ste600 Rolling Meadows, IL 60008 | | | | | |
| | Rick Perry 2411 Thornwood East Lake Villa, IL 60046 | | | | | |
| | Robert Perry 6315 Rurdy Drive Battle Creek, MI 49017 | | | | | |
| | Roger Reiling 11611 Old Florida Lane Parrish, FL 34219 | | | | | |
| | S.C. Sports 2369 Jocelyn Court 1-80D Lake Orion, MI 48360 | | | | | |
| | Sears Master Card POB 6282 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shaw Publications POB 250 Crystal Lake, IL 60039 | | | | | |
| | Swarovski Financial Services 1 Kenny Drive Cranston, RI | | | | | |
| | Target National Bank c/o Target Credit Services POB 59317 Minneapolis, MN 55459 | | | | | |
| | Ty Inc. POB 93953 Chicago, IL 60673 | | | | | |
| | U.S. Bank POB 790408 Saint Louis, MO 63179 | | | | | |
| | U.S. Bank POB 790408 Saint Louis, MO 63179 | | | | | |
| | Veolia Environment | | | | | |
| | Walmart POB 981084 El Paso, TX 79998 | | | | | |
| | Yankee Candle POB 310804 Hartford, CT 06150 | | | | | |
| 000016 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | ANN M PERRY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | BLUE MOUNTAIN ARTS | | | | | |
| 000013 | CHASE BANK USA | | | | | |
| 000014 | CHASE BANK USA | | | | | |
| 000011 | CREDIT FIRST NA | | | | | |
| 000008 | DISCOVER BANK | | | | | |
| 000009 | DISCOVER BANK | | | | | |
| 000021 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000022 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000007 | MARATHAN PETROLEUM COMPANY LLC | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000017 | RAYBEC LINDEN LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000015 | RELATIONAL, LLC | | | | | |
| 000001 | RICK A PERRY | | | | | |
| 000003 | ROBERT E PERRY | | | | | |
| 000012 | TELEFLORA LLC | | | | | |
| 000006 | TY INC | | | | | |
| 000018 | U.S. BANK N.A. | | | | | |
| 000019 | U.S. BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 09-03340 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: PERRY, JOHN J. | Date Filed (f) or Converted (c): 02/03/09 (f) |
| | 341(a) Meeting Date: 03/09/09 |
| For Period Ending: 12/22/12 | Claims Bar Date: 08/12/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash | 200.00 | 0.00 | | 0.00 | 0.00 |
| 2. security deposit | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. misc. furniture | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. baseball card collection | 300.00 | 0.00 | | 0.00 | 0.00 |
| 5. misc. clothing | 200.00 | 0.00 | | 0.00 | 0.00 |
| 6. 122 shares of Prudential Life Insurance Company | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 7. accounts receivable | 300.00 | 0.00 | | 0.00 | 0.00 |
| 8. 1998 Durango | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. misc. fixtures and equipment | 40,000.00 | 0.00 | | 10,000.00 | 0.00 |
| 10. inventory | 290,000.00 | 0.00 | | 34,992.35 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 13.64 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $339,500.00 | $0.00 | | $45,005.99 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE EMPLOYED AN AUCTIONEER WHO SOLD THE ASSETS OF THE DEBTOR. TRUSTEE TO EMPLOY AN ACCOUNTANT AND TO REVIEW CLAIMS.
TRUSTEE FILED HIS FINAL REPORT AND MADE A DISTRIBUTION TO CREDITORS. ALL CHECKS HAVE CLEARED THE BANK AND THE TRUSTEE
IS FILING A FINAL ACCOUNT.

Initial Projected Date of Final Report (TFR): 02/28/20     Current Projected Date of Final Report (TFR): 05/31/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.00b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-03340 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PERRY, JOHN J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0915  BofA - Money Market Account |
| Taxpayer ID No: | *******4686 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) / Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/09 | 9, 10 | American Auction Associates, Inc. | Sale proceeds | 1129-000 | 44,992.35 | | 44,992.35 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 44,992.36 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.99 | | 44,993.35 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.14 | | 44,994.49 |
| * 06/10/09 | 000301 | Raybuc Investments/Horizon ManagementLLC | Rent / Rent | 2410-003 | | 17,910.91 | 27,083.58 |
| * 06/10/09 | 000301 | Raybuc Investments/Horizon ManagementLLC | Rent / Check didn't print correctly. Check voided and shredded. | 2410-003 | | -17,910.91 | 44,994.49 |
| 06/10/09 | 000302 | Raybuc Investments/Horizon ManagementLLC | Rent / Rent | 2410-000 | | 17,910.91 | 27,083.58 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.88 | | 27,084.46 |
| 07/08/09 | 000303 | American Auction Associates Inc. | Auctioneer Expenses / Auctioneer Expenses | 3620-000 | | 7,876.19 | 19,208.27 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 19,208.84 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,209.33 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 19,209.80 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,210.28 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,210.76 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,211.25 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,211.74 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 19,212.18 |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 22.84 | 19,189.34 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,189.83 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 19,190.30 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,190.78 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,191.26 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,191.74 |

Page Subtotals  45,001.68  25,809.94

Ver: 17.00b

LFORM24

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-03340 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | PERRY, JOHN J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0915 BofA - Money Market Account |
| Taxpayer ID No: | *******4686 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,192.23 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 19,192.70 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,193.19 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 19,193.66 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,194.15 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,194.64 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,194.79 |
| 03/29/11 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 9.39 | 19,185.40 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,185.56 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,185.71 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,185.88 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,186.04 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,186.20 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,186.36 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,186.52 |
| 10/27/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 19,186.66 |
| 10/27/11 | | Transfer to Acct #*******1964 | Final Posting Transfer | 9999-000 | | 19,186.66 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 45,005.99 | 45,005.99 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 19,186.66 | |
| Subtotal | | 45,005.99 | 25,819.33 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 45,005.99 | 25,819.33 | |

Page Subtotals 4.31 19,196.05

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2     Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 09-03340 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PERRY, JOHN J. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1964 BofA - Checking Account |
| Taxpayer ID No: | *******4686 | | |
| For Period Ending: | 12/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/27/11 | | Transfer from Acct #*******0915 | Transfer In From MMA Account | 9999-000 | 19,186.66 | | 19,186.66 |
| 11/10/11 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 5,250.55 | 13,936.11 |
| 11/10/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 118.77 | 13,817.34 |
| * 11/10/11 | 003003 | Cohen & Krol | Attorney for Trustee fees | 3110-003 | | 1,816.50 | 12,000.84 |
| * 11/10/11 | 003003 | Cohen & Krol | Attorney for Trustee fees<br>Wrong payee | 3110-003 | | -1,816.50 | 13,817.34 |
| 11/10/11 | 003004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 908.25 | 12,909.09 |
| 11/10/11 | 003005 | Rick A Perry<br>2411 Thornwood E<br>Lindenhurst, IL 60046 | Claim 000001, Payment 4.03650% | 7100-000 | | 645.84 | 12,263.25 |
| 11/10/11 | 003006 | Ann M Perry<br>2411 Thornwood E<br>Lindenhurst, Il 60046 | Claim 000002, Payment 4.03650% | 7100-000 | | 403.65 | 11,859.60 |
| 11/10/11 | 003007 | Robert E Perry<br>6315 Purdy Drive<br>Battle Creek, MI 49017 | Claim 000003, Payment 4.03648% | 7100-000 | | 1,009.12 | 10,850.48 |
| 11/10/11 | 003008 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 4.03657% | 7100-000 | | 217.12 | 10,633.36 |
| 11/10/11 | 003009 | PYOD LLC its successors and assigns as assignee of Citibank | Claim 000005, Payment 4.03651% | 7100-000 | | 665.21 | 9,968.15 |

Page Subtotals     19,186.66     9,218.51

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-03340 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PERRY, JOHN J. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1964 BofA - Checking Account |
| Taxpayer ID No: | *******4686 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/10/11 | 003010 | c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>TY Inc<br>P O Box 5377<br>Oak Brook, IL 60522 | Claim 000006, Payment 4.03509% | 7100-000 | | 8.28 | 9,959.87 |
| 11/10/11 | 003011 | Marathon Petroleum Company LLC<br>P O Box 81<br>Findlay, OH 45839 | Claim 000007, Payment 4.03784%<br>(7-1) modified on 05/21/09 to<br>correct creditor address (nm) | 7100-000 | | 10.80 | 9,949.07 |
| 11/10/11 | 003012 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000008, Payment 4.03649% | 7100-000 | | 146.50 | 9,802.57 |
| 11/10/11 | 003013 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000009, Payment 4.03640% | 7100-000 | | 239.38 | 9,563.19 |
| 11/10/11 | 003014 | Blue Mountain Arts<br>POB 4549<br>Boulder, CO 80301 | Claim 000010, Payment 4.03634% | 7100-000 | | 89.80 | 9,473.39 |
| 11/10/11 | 003015 | Credit First NA<br>P O Box 818011<br>Cleveland OH 44181 | Claim 000011, Payment 4.03630% | 7100-000 | | 95.19 | 9,378.20 |
| 11/10/11 | 003016 | Teleflora LLC<br>3737 NW 34th Street<br>Okc, OK 73112 | Claim 000012, Payment 4.03634% | 7100-000 | | 116.88 | 9,261.32 |
| 11/10/11 | 003017 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000013, Payment 4.03651% | 7100-000 | | 134.38 | 9,126.94 |

Page Subtotals 0.00 841.21

Ver: 17.00b

FORM 2 Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-03340 -ABG | Trustee Name: JOSEPH E. COHEN |
| Case Name: | PERRY, JOHN J. | Bank Name: BANK OF AMERICA, N.A. |
| | | Account Number / CD #: *******1964 BofA - Checking Account |
| Taxpayer ID No: | *******4686 | |
| For Period Ending: | 12/22/12 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/10/11 | 003018 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000014, Payment 4.03662% | 7100-000 | | 201.88 | 8,925.06 |
| 11/10/11 | 003019 | Relational, LLC<br>3701 No. Algonquin Rd., Ste600<br>Rolling Meadows, IL 60008 | Claim 000015, Payment 4.03652% | 7100-000 | | 608.77 | 8,316.29 |
| 11/10/11 | 003020 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000016, Payment 4.03654% | 7100-000 | | 183.03 | 8,133.26 |
| 11/10/11 | 003021 | Raybec Linden LLC<br>Attn: Allen J. Guon<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60610 | Claim 000017, Payment 4.03649%<br>(17-1) Nonresidential Real Property<br>Lease. See attached Rider<br>(17-1) Modified on 7/7/2009 to correct address(PG) | 7100-000 | | 4,520.33 | 3,612.93 |
| 11/10/11 | 003022 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000018, Payment 4.03647%<br>(18-1) unsecured credit card | 7100-000 | | 750.89 | 2,862.04 |
| 11/10/11 | 003023 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000019, Payment 4.03649%<br>(19-1) unsecured credit card | 7100-000 | | 784.67 | 2,077.37 |
| 11/10/11 | 003024 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000020, Payment 4.03640% | 7100-000 | | 76.69 | 2,000.68 |
| 11/10/11 | 003025 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000021, Payment 4.03650% | 7100-000 | | 92.86 | 1,907.82 |
| | | | Page Subtotals | | 0.00 | 7,219.12 | |

Ver: 17.00b

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-03340 -ABG | | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | PERRY, JOHN J. | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******1964 BofA - Checking Account |
| Taxpayer ID No: | *******4686 | | | | |
| For Period Ending: | 12/22/12 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/10/11 | 003026 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000022, Payment 4.03631% | 7100-000 | | 91.32 | 1,816.50 |
| 11/10/11 | 003027 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 1,816.50 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 19,186.66 | 19,186.66 | 0.00 |
| Less: Bank Transfers/CD's | 19,186.66 | 0.00 | |
| Subtotal | 0.00 | 19,186.66 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 19,186.66 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********0915 | 45,005.99 | 25,819.33 | 0.00 |
| BofA - Checking Account - ********1964 | 0.00 | 19,186.66 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 45,005.99 | 45,005.99 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00            1,907.82

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 19)